BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID J. MORSE, IDAHO STATE BAR NO. 10066
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

U.S. COURTS
JUN 09 2026
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAN GOMEZ-GUTIERREZ a/k/a, ADAN GOMEZ,<br><br>Defendant. | Case No. 1:26-CR-00149-BLW<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) & (b) |

The Grand Jury charges:

**COUNT ONE**

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about May 21, 2026, in the District of Idaho, the Defendant, ADAN GOMEZ-GUTIERREZ a/k/a, ADAN GOMEZ, an alien, was found in the United States, to wit: Canyon County, Idaho, after having been previously removed from the United States to Mexico on or about August 6, 2018, at or near San Luis, Arizona, the said defendant having not obtained the consent of the Secretary of the Department of Homeland Security for reapplication for admission

into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Dated this 9th day of June, 2026.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

for DAVID J. MORSE
ASSISTANT UNITED STATES ATTORNEY